UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

CHRIS A. RICKETTS  Case No. 07-02903-BKC-3G7

_____ Debtor(s). _____

### TRUSTEE'S NOTICE OF INTENT TO SELL AT PRIVATE SALE

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Ste. 3-350, Jacksonville, Florida 32202, serve a copy on the movant's attorney at his address indicated below and a copy to the U.S. Trustee, 135 West Central Blvd., #620 Orlando, Florida 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

The trustee gives notice that he intends to sell the following property of the bankruptcy estate: 2007 Yamaha Motorcycle, VIN - JYARJ12E57A013488, for the sum of $4,500.00, which have been received by the trustee. The sale is as is with all faults. There are no warranties, either express or implied. The sales price is related to the values on the schedules less available exemptions. The property is not subject to a lien. The purchaser is the debtor. There are no negative tax consequences. The trustee believes that selling to the debtor will net more for the estate than by selling to third parties because it saves the costs of transport, storage and liquidation, e.g., auctioneer's fees.

The trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth above and/or a favorable disposition of any objections to the sale. The trustee, until the expiration of the time within which parties may object to the proposed sale, will entertain any higher bids for the purchase of the asset(s) being sold. Such bids must be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than twenty one (21) days from the date of this notice. Should a higher bid be received, the trustee will conduct a telephone auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated October 21, 2011.

_____
GREGORY K. CREWS, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750
Florida Bar No. 172772

Mailed to creditors and parties in interest on October 21, 2011.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**CHRIS A. RICKETTS**　　　　　　　　　　Case No. **07-02903-BKC-3G7**

　　　　　　**Debtor(s).**

**CERTIFICATE OF SERVICE OF TRUSTEE'S
NOTICE OF INTENT TO SELL AT PRIVATE SALE**

I certify, under penalty of perjury, that on October 21, 2011, a copy of Trustee's Notice of Intent to Sell at Private was mailed by using the CM/ECF system which will send a notice of the electronic filing to CM/ECF participants and that I mailed a copy of it by first class mail to non-CM/ECF participants as listed on the attached matrix.

　　　　　　　　　　　　　　　　　　　_/s/ Gregory K. Crews_
　　　　　　　　　　　　　　　　　　　Gregory K. Crews, Trustee
　　　　　　　　　　　　　　　　　　　8584 Arlington Expressway
　　　　　　　　　　　　　　　　　　　Jacksonville, Florida 32211
　　　　　　　   　　　　　　　　　　 (904) 354-1750

Label Matrix for local noticing
113A-3
Case 3:07-bk-02903-PMG
Middle District of Florida
Jacksonville
Fri Oct 21 13:09:26 EDT 2011

AAFES/MIL STAR/EXCHANGE
Creditors Bankruptcy Service
P O Box 740933
Dallas,Tx 75374-0933

American InfoSource
PO Box 54529
Oklahoma City, OK 73154-1529

Becket & Lee LLP
Alane Ann Becket
16 General Warren Blvd.
P. O. Box 3001
Malvern, PA 19355-0701

Beneficial/Household Finance
PO Box 1547
Chesapeake, VA 23327-1547

Jonathan L Blackmore
Phelan Hallinan PLC
888 Southeast 3rd Avenue
Suite 201
Fort Lauderdale, FL 33316-1159

Capital One
POB 71083
Charlotte, NC 28272 1083

Capital One Auto Finance
c/o Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006-1347

Capital One Auto Finance
3901 Dallas Pkwy
Plano, TX 75093-7864

Capital One Bank
11013 W Broad St
Glen Allen, VA 23060-5937

Chase- Bp
PO Box 15298
Wilmington, DE 19850-5298

Citifinancial
PO Box 499
Hanover, MD 21076-0499

City of Jacksonville
General Counsel
117 West Duval Street, Suite 480
Jacksonville, FL 32202-3734

Keith D. Collier
Law Offices of Keith D. Collier (Jax)
2350 Park Street
Jacksonville, FL 32204-4318

Gregory K Crews
8584 Arlington Expressway
Jacksonville, FL 32211-8003

Doris J. Ricketts
14208 Fish Eagle Drive East
Jacksonville, FL 32226-5854

Drive Financial Services
POB 660633
Dallas Tx 75266-0633

ECMC
7325 Beaufont Springs
Suite 200
Rich;mond, VA 23225-5563

ECMC
7325 Beaufont Springs
Suite 200
Richmond,VA 23225-5563

FL Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

(p)CHASE CARD SERVICES
201 NORTH WALNUT STREET
ATTN MARK PASCALE
MAIL STOP DE1-1406
WILMINGTON DE 19801-2920

Florida Department of Education
Office of Student Financial Assistance
P. O. Box 277412
Atlanta, GA 32384-7412

Florida Dept of Education
Office of Student Financial Assistance
Post Office Box 277412
Atlanta, GA 30384-7412

Florida Dept of Labor and Security
Hartman Building, Suite 307
2012 Capital Circle, Southeast
Tallahassee, FL 32399-6583

Florida Dept of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

GMAC Mortgage LLC
500 Enterprise Road
Horsham PA 19044-3503
ATTN BKY DEPT

GMAC Mortgage, LLC
500 Enterprise Road
Horsham, PA 19044-3503
Attn: Bamkruptcy

GMAC Mortgage, LLC
c/o David Stern
801 S University Dr Suite 500
Plantation Fl 33324-3367

Gemb/Mervyn
PO Box 981400
El Paso, TX 79998-1400

Gemb/Service Merchandi
PO Box 981439
El Paso, TX 79998-1439

| | | |
|---|---|---|
| General Motors Mortgage Corp<br>PO Box 4622<br>Waterloo, IA 50704-4622 | HSBC Bank USA N.A. As Trustee On BeHalf Of A<br>c/o Shapiro and Fishman<br>10004 N Dale Mabry Hwy, Suite 112<br>Tampa, Fl 33618-4421 | HSBC Bank USA NA<br>Ace Securities Corp<br>Ocwen Loan Servicing, LLC<br>12650 Ingenuity Drive<br>Orlando, FL 32826-2703 |
| David E Hicks<br>Dennis LeVine & Associates, PA<br>PO Box 707<br>Tampa, FL 33601-0707 | Household Finance Corporation/Beneficial<br>by eCAST Settlement Corporation<br>as its agent<br>POB 35480<br>Newark NJ 07193-5480 | Hsbc Nv<br>PO Box 19360<br>Portland, OR 97280-0360 |
| Hsbc/Rs<br>PO Box 15521<br>Wilmington, DE 19850-5521 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Law Offices of David J. Stern<br>801 S University Drive<br>Suite 500<br>Plantation, FL 33324-3367 | Mil Star<br>3911 Walton Walker<br>Dallas, TX 75236-1509 | Navy Federal Credit Union<br>820 Follin Lane SE<br>Vienna, VA 22180-4907 |
| Navy Federal Credit Union<br>P.O. Box 3502<br>Merrifield, VA 22119-3502 | Navy Federal Credit Union<br>PO Box 3600<br>Merrifield, VA 22116-3600 | Nelnet<br>6420 Southpoint Parkway<br>Jacksonville, FL 32216-0944 |
| Nelnet Loans<br>6420 Southpoint Pkwy<br>Jacksonville, FL 32216-0944 | Douglas W. Neway<br>P O Box 4308<br>Jacksonville, FL 32201-4308 | Ocwen Federal Bank<br>12650 Ingenuity Drive<br>Orlando, FL 32826-2703 |
| PRA Receivables Management LLC<br>P.O. Box 12914<br>Norfolk, VA 23541-0914 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Steven G Powrozek<br>Shapiro, Fishman & Gache, LLP<br>4630 Woodland Corporate Blvd<br>Suite 100<br>Tampa, FL 33614-2429 |
| Pra Receivables Management, Llc<br>POB 41067<br>Norfolk, VA 23541-1067 | Radio Shack/Cbsd<br>PO Box 6003<br>Hagerstown, MD 21747 | Regional Acceptance Co<br>9965 San Jose Blvd, Suite 2<br>Jacksonville, FL 32257-5866 |
| Chris A Ricketts<br>14208 Fish Eagle Drive East<br>Jacksonville, FL 32226-5854 | Roadloans, a division of Triad Financial Cor<br>c/o Dennis LeVine & Associates, P.A.<br>P.O. Box 707<br>Tampa, FL 33601-0707 | Roadloans.com<br>7711 Center Avenue, Suite 100<br>Huntington Beach, CA 92647-3070 |
| Shell Oil/Citibank<br>PO Box 6003<br>Hagerstown, MD 21747 | David J Stern<br>Law Offices of David J.Stern PA<br>900 South Pine Island Road Suite 400<br>Plantation, FL 33324-3920 | Gavin Stewart<br>Florida Default Law Group PL<br>PO Box 25018<br>Tampa, FL 33622-5018 |

Suntrust Bank N Florida Na  
1001 Seemes Avenue  
Richmond, VA 23224-2245

Tax Collector, Duval County  
231 E. Forsyth Street, #130  
Jacksonville, FL 32202-3380

Triad  
c/o Dennis LeVine & Associates, PA  
P.O. Box 707  
Tampa, FL 33601-0707

(p)TRIAD FINANCIAL CORP  
5201 RUFE SNOW DRIVE  
SUITE 400  
NORTH RICHLAND HILLS TX 76180-6036

United States Attorney  
300 North Hogan St Suite 700  
Jacksonville, FL 32202-4204

United States Trustee - JAX 7 7  
135 W Central Blvd Suite 620  
Orlando, FL 32801-2440

Wfnnb/Express Structure  
PO Box 330064  
Northglenn, CO 80233-8064

eCAST Settlement Corporation  
P O Box 35480  
Newark, NJ 07193-5480

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

First Select Corporation  
PO Box 9180  
Pleasanton, CA 94588

Internal Revenue Service  
PO Box 21126  
Philadelphia, PA 19114

Portfolio Recovery Associates, LLC  
PO Box 41067  
Norfolk, VA 23541

Triad Financial  
5201 Rufe Snow Dr., Ste. 400  
North Richland Hills, TX 76180

(d)Triad Financial Corporation  
7711 Center Avenue, #100  
Huntington Beach, CA 92647

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Capital One Auto Finance  
c/o Ascension Capital Group  
P.O. Box 201347  
Arlington, TX 76006-1347

(d)Gregory K. Crews  
8584 Arlington Expressway  
Jacksonville, FL 32211-8003

(u)GMAC Mortgage LLC

(u)Paul M. Glenn  
Jacksonville

(u)The Bank of New York Mellon Trust Company,

(d)eCAST Settlement Corporation  
POB 35480  
Newark NJ 07193-5480

End of Label Matrix  
Mailable recipients    67  
Bypassed recipients     6  
Total                  73